1 **BRIAN G. WOLF (BAR NO. 135257)**
2 bwolf@lavelysinger.com
  **TODD S. EAGAN (BAR NO. 207426)**
3 teagan@lavelysinger.com
  **LINDSAY MOLNAR (BAR NO. 272156)**
4 lmolnar@lavelysinger.com
5 **LAVELY & SINGER**
  **PROFESSIONAL CORPORATION**
6 2049 Century Park East, Suite 2400
7 Los Angeles, California 90067-2906
  Telephone: (310) 556-3501
8 Facsimile: (310) 556-3615
9

FILED
CLERK, U.S. DISTRICT COURT
June 9, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ____CR____ DEPUTY

JS-6

10 Attorneys for Plaintiffs CINÉWORLD LLC AND
   CINÉMOI NORTH AMERICA, LLC
11

12                      **UNITED STATES DISTRICT COURT**
13                   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14                              **WESTERN DIVISION**
15

| | |
|---|---|
| CINEWORLD LLC, a Delaware limited liability company, and CINÉMOI NORTH AMERICA, LLC, a California limited liability company, <br><br> Plaintiffs, <br> v. <br> MONTECITO PRODUCTIONS, LLC, a Delaware limited liability company, NICHOLAS LONGANO, an individual, and BRILLIANT VR, INC., a Delaware corporation, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-03080-SVW (JPRx) <br><br> **ORDER RE STIPULATION WITHDRAWING NOTICE OF REMOVAL OF CIVIL ACTION AND REMANDING ACTION TO STATE COURT** |

ORDER RE STIPULATION

     Having reviewed the stipulation of plaintiffs Cinémoi North America, LLC ("Cinémoi") and CinéWorld LLC's ("CinéWorld") (collectively, "Plaintiffs") and defendants Montecito Productions, LLC ("MPL"), Nicholas Longano ("Longano") and Brilliant VR, Inc. ("BVR") (collectively "Defendants") withdrawing Defendants' prior Notice of Removal and remanding this action to state court, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Notice of Removal (Dkt. No. 1) filed on May 4, 2016 by Defendants is vacated and withdrawn;
2. This action, in its entirety, is remanded back to the Superior Court of the State of California for the County of Los Angeles, West Judicial District, Dept. O, Hon. Lisa Hart Cole (Original Case No. SC 125682);
3. The parties will bear their own attorneys' fees and costs incurred in connection with the removal and remand of this action; and
4. The court file in this case shall be transferred by the clerk of this Court to the clerk of the aforementioned State court, along with a certified copy of this Order of Remand. The State court may thereupon proceed with this case.

**IT IS SO ORDERED.**

Dated: June 9, 2016

_____
Hon. Stephen V. Wilson
U.S. District Judge

ORDER RE STIPULATION